AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Tamea Grant )
*Plaintiff* )
v. ) Case No. 17-cv-1159 and 17-cv-1410
Entertainment Cruises Inc. and Spirit Cruises, LLC )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tamea Grant, Plaintiff.

Date: 06/06/2018

/S/ Sarah E. Neuman
*Attorney's signature*

Sarah E. Neuman*, DC District Court Bar No. D00491
*Printed name and bar number*
WILKINSON WALSH + ESKOVITZ
2001 M Street NW
10th Floor
Washington, DC 20036
*Address*

sneuman@wilkinsonwalsh.com
*E-mail address*

(202) 804-4238
*Telephone number*

(202) 847-4005
*FAX number*

* Not admitted to the District of Columbia Bar. All work supervised by an active member of the District of Columbia Bar.